# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Securities and Exchange Commission

**DEFENDANTS**

John M. Fife
Clarion Management, LLC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Cook**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Steven J. Levine, Kenneth E. Yeadon and Linda Ieleja Gerstman
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900; Chicago, IL 60604; (312) 353-7390

Attorneys (If Known)

Craig M. White and David M. Simon
Wildman, Harrold, Allen & Dixon, LLP
225 W. Wacker Dr., Suite 3000; Chicago, IL 60606

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

**07CV347**

**JUDGE KENNELLY**

**MAG. JUDGE COLE**

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

(nature of suit checkboxes — none marked)

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

15 U.S.C. 78j(b). SEC enforcement action seeking injunction and other relief in connection with securities fraud.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

JURY DEMAND: [x] Yes [ ] No

**IX. This case** [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ____, previously dismissed by Judge ____

DATE ____    SIGNATURE OF ATTORNEY OF RECORD

**FILED**

**JAN 18 2007**
JAN 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT